# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUG COATES, *et al.*,

    Plaintiffs,

v.

FOREMOST INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:20-cv-383

Hon. Janet T. Neff

Mag. Sally J. Berens

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), the undersigned hereby stipulate that this matter should be dismissed with prejudice without attorneys' fees or costs to either party.

The Court having been advised that the parties have agreed to the entry of this Order dismissing the matter with prejudice, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that this matter is hereby DISMISSED with prejudice, including all claims asserted or which could have been asserted, without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.


Dated:  December 5, 2022

By: /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge

**The undersigned hereby stipulate to entry of the above Order:**

Dated:    December 5, 2022

By:  /s/Mark Abramowitz                    By:  /s/ Vanessa Wells

Mark Abramowitz
Kenneth P. Abbarno
DICELLO LEVITT GUTZLER LLC
7556 Mentor Avenue
Mentor, OH 44060
Telephone: (312) 214-7900
mabramowitz@dicellolevitt.com
kabbarno@dicellolevitt.com

Adam J. Levitt
Amy E. Keller (P74015)
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com

Mark Lanier*
Alex Brown*
Skip McBride*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway
North, Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
WML@lanierlawfirm.com
alex.brown@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com

Timothy W. Burns*
Jeff J. Bowen*
Jesse J. Bair*
Freya K. Bowen*
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930

Vanessa Wells
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94062
Telephone: (650) 463-4000
Vanessa.Wells@hoganlovells.com

Jessica Black Livingston
HOGAN LOVELLS US LLP
1601 Wewatta Street., Suite 9000
Denver, CO 80202
Telephone: (303) 899-7339
Jessica.Livingston@hoganlovells.com

Ashley Higginson (P83992)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
One Michigan Avenue, Suite 900
Lansing, MI 48933
Telephone: (517) 483-4918
Higginson@millercanfield.com

*Counsel for Defendant FOREMOST INSURANCE CO.*

2

Madison, WI 53703
Tel: (608) 286-2302
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

Douglas Daniels*
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, TX  77057
Telephone: (713) 917-0024
douglas.daniels@dtlawyers.com

*Counsel for Plaintiffs
and the Proposed Classes*

*\*Application for admission pro hac vice
to be filed*